1  VAN H. BECKWITH (*admitted pro hac vice*)
   van.beckwith@bakerbotts.com
2  RYAN L. BANGERT (*admitted pro hac vice*)
   ryan.bangert@bakerbotts.com
3  BAKER BOTTS, LLP
   2001 Ross Avenue
4  Dallas, TX 75201-2980
   Telephone:   214-953-6500
5  Facsimile:   214-953-6503

6  NORMAN C. HILE (STATE BAR NO. 57299)
   nhile@orrick.com
7  ANALEA J. PATTERSON (STATE BAR NO. 229918)
   apatterson@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall, Suite 3000
9  Sacramento, CA  95814-4497
   Telephone:   916-447-9200
10 Facsimile:   916-329-4900

Attorneys for Defendant
SNAPPLE BEVERAGE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES VON KOENIG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SNAPPLE BEVERAGE CORPORATION,<br><br>Defendant. | Case No. 2:09-CV-00606 FCD EFB<br><br>**DEFENDANT'S AMENDED REQUEST AND ORDER FOR PAGE LIMIT INCREASE TO RESPOND TO COMPLAINT**<br><br>Date:      N/A<br>Time:      N/A<br>Courtroom: 1<br>Judge:     Hon. Frank C. Damrell, Jr. |

1  Pursuant to the Court's March 4, 2009, Order Requiring Joint Status Report at page 3, Defendant Snapple Beverage Corporation ("Snapple") hereby requests that the Court permit it to file a memorandum of points and authorities of **twenty-five**, rather than **twenty**, pages in support of its motion to dismiss Plaintiff's Complaint, filed March 4, 2009.  Snapple's responsive pleading to Plaintiff's Complaint is due on June 5, 2009, by when Snapple intends to file a motion to dismiss Plaintiff's Complaint.

A five-page extension is warranted to enable Snapple to address properly the significant and complex legal questions raised by Plaintiff in her Class Action Complaint.  Plaintiff's claims raise important issues involving the relationship between federal and state authorities and the interpretation of California consumer protection laws.  Additional pages are necessary in order for Defendant to adequately brief the Court regarding these important issues.

On Tuesday, May 26, 2009, counsel for Snapple conferred with Plaintiff's counsel concerning this matter.  Plaintiff's counsel represented to counsel for Snapple that Plaintiff had no objection to Defendant's request for an additional five pages.

Because of the complex legal questions at issue in this case, Defendant Snapple respectfully requests that the Court grant its request for a page limit increase from twenty to twenty-five pages.

Dated: June 4, 2009

NORMAN C. HILE
ANALEA J. PATTERSON
Orrick, Herrington & Sutcliffe LLP

_____
ANALEA J. PATTERSON
Attorney for Defendant
SNAPPLE BEVERAGE CORPORATION

1 **ORDER**

2     IT IS HEREBY ORDERED that:

3     Defendant's request for a five-page page limit increase is GRANTED.  A memorandum of

4 points and authorities of no more than **twenty-five pages** in support of Defendant's motion to

5 dismiss Plaintiff Frances Von Koenig's Complaint shall be filed on or before **June 5, 2009**.

6

7 Dated:  June 4, 2009

8

9     FRANK C. DAMRELL, JR.
    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28