UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES VON KOENIG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SNAPPLE BEVERAGE CORPORATION,<br><br>Defendant. | Case No. 2:09-CV-00606 FCD EFB<br><br>**ORDER ON PLAINTIFF'S MOTION FOR PAGE LIMIT INCREASE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**<br><br>Judge:    Hon. Frank C. Damrell, Jr. |

IT IS HEREBY ORDERED that:

Plaintiff's request for a five-page page limit increase is hereby GRANTED. Plaintiff's *Opposition to Defendant's Motion to Dismiss*, with memorandum of points and authorities of no more than **twenty-five pages** in support of Plaintiff's opposition shall be filed on or before **August 6, 2009**.

Dated: July 9, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE