NORMAN C. HILE (STATE BAR NO. 57299)
nhile@orrick.com
ANALEA J. PATTERSON (STATE BAR NO. 229918)
apatterson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95814-4497
Telephone:    916-447-9200
Facsimile:     916-329-4900

VAN H. BECKWITH (*admitted pro hac vice*)
van.beckwith@bakerbotts.com
RYAN L. BANGERT (*admitted pro hac vice*)
ryan.bangert@bakerbotts.com
BAKER BOTTS, LLP
2001 Ross Avenue
Dallas, TX  75201-2980
Telephone:    214-953-6500
Facsimile:     214-953-6503

Attorneys for Defendant
SNAPPLE BEVERAGE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES VON KOENIG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SNAPPLE BEVERAGE CORPORATION,<br><br>Defendant. | Case No. 2:09-CV-00606 FCD EFB<br><br>**ORDER FOR PAGE LIMIT INCREASE TO RESPOND TO COMPLAINT**<br><br>Date:         N/A<br>Time:        N/A<br>Courtroom: 1<br>Judge:       Hon. Frank C. Damrell, Jr. |

1    IT IS HEREBY ORDERED that:

2    Defendant's request for a ten-page page limit increase is GRANTED.  A response of no
3 more than **thirty pages** to Plaintiff Frances Von Koenig's Amended Class Action Complaint shall
4 be filed on or before **September 17, 2009.**

6 Dated: September 4, 2009

    _____
    FRANK C. DAMRELL, JR.
    UNITED STATES DISTRICT JUDGE