1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

10  FRANCES VON KOENIG,

11          Plaintiff,                                   No. CIV.  S-09-0606 FCD EFB

12          v.

13  SNAPPLE BEVERAGE CORPORATION,

                                                         **RELATED CASE ORDER**
14          Defendant.
    _____/

15  GUY CADWELL,

16          Plaintiff,                                   No. CIV.  S-09-2955 GEB KJM

17          v.

18  DR. PEPPER SNAPPLE GROUP, INC.,

19          Defendant.

20  _____/

21

22          Examination of the above-entitled actions reveals that they are related within the meaning

23  of Local Rule 83-123(a) (E.D. Cal. 1997).  The actions involve the same or similar claims, the

24  same property transaction or event, similar questions of fact and the same questions of law, and

25  would therefore entail a substantial duplication of labor if heard by different judges.

26  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial

27  savings of judicial effort and is also likely to be convenient for the parties.

28

1        The parties should be aware that relating the cases under Local Rule 83-123 merely has

2   the result that these actions are assigned to the same judge; no consolidation of the actions is

3   effected.  Under the regular practice of this court, related cases are generally assigned to the

4   judge and magistrate judge to whom the first filed action was assigned.

5        IT IS THEREFORE ORDERED that the action denominated, CIV S-09-2955 GEB KJM

6   is reassigned to District Judge Frank C. Damrell, Jr., and Magistrate Judge Edmund F. Brennan

7   for all further proceedings, and any dates currently set in this reassigned case <u>only</u> are hereby

8   VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown

9   as: **CIV S-09-2955 FCD EFB**.

10       IT IS FURTHER ORDERED that the Clerk of Court issue an Order Requiring a Joint

11  Status Report for the undersigned.

12       IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the

13  assignment of civil cases to compensate for this reassignment.

14       IT IS SO ORDERED.

15  DATED: November 17, 2009

16

17                          FRANK C. DAMRELL, JR.

18                          UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28