1  M. D. SCULLY (SBN: 135853)
   E-mail: mscully@gordonrees.com
2  ALLISON F. BORTS (SBN: 197895)
   E-mail: aborts@gordonrees.com
3  CAMILLE JOY DECAMP (SBN 236212)
   E-mail: cdecamp@gordonrees.com
4  GORDON & REES LLP
   101 West Broadway, Suite 2000
5  San Diego, CA 92101
   Telephone: (619) 696-6700
6  Facsimile: (619) 696-7124

7  Attorneys for Plaintiff GUY CADWELL, an individual, and on behalf
   of all others similarly situated
8

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| FRANCES VON KOENIG, individually and on behalf of all others similarly situated, | Civil Action No.: 2:09-cv-00606-FCD-EFB |
| Plaintiff, | **ORDER FOR WITHDRAWAL OF ATTORNEY** **(Eastern District L.R. 83-182(d))** |
| SNAPPLE BEVERAGE CORPORATION, | |
| Defendant, | Class Action Complaint filed: 12/21/09 |
| GUY CADWELL, an individual and on behalf of the general public, | |
| Plaintiff, | |
| vs. | |
| DR. PEPPER SNAPPLE GROUP, INC., a Delaware Corporation, and DOES 1 through 100, inclusive, | |
| Defendants. | |

/ / /

/ / /

/ / /

1

ORDER FOR WITHDRAWAL OF ATTORNEY
2:09-cv-00606-FCD-EFB

Pursuant to United States District Court for the Eastern District of California Local Rule 83-182(d), the law firm of Gordon & Rees LLP hereby withdraws from this action.

Dated:  March   26  , 2010            GORDON & REES, LLP

                                By:  /s/ Camille DeCamp
                                     M. D. SCULLY
                                     ALLISON BORTS
                                     CAMILLE JOY DECAMP
                                     Attorneys for Plaintiff GUY CADWELL
                                     and all others similarly situated

I hereby consent to this withdrawal.

Dated:  March   26  , 2010

                                By:  /s/ Guy Cadwell
                                     GUY CADWELL

**IT IS SO ORDERED.**

Dated:  March 31, 2010            _____
                                  FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE