**BAKER LAW PC**
G. RICHARD BAKER (State Bar No. 224003)
E-mail: richard@bakerlawpc.com
2229 First Avenue North
Birmingham, AL 35203
Telephone: (205) 714-7166
Facsimile: (205) 252-3536

**JACKSON & TUCKER PC**
JOSH TUCKER (*admitted pro hac vice*)
E-mail: josh@jacksonandtucker.com
K. STEPHEN JACKSON (*admitted pro hac vice*)
E-mail: steve@jacksonandtucker.com
2229 First Avenue North
Birmingham, AL 35203
Telephone: (205) 252-3535
Facsimile: (205) 252-3536

**WILENTZ, GOLDMAN & SPITZER, P.A.**
KEVIN P. RODDY (State Bar No. 128283)
E-mail: kroddy@wilentz.com
DANIEL R. LAPINSKI (admitted *pro hac vice*)
E-mail: dlapinski@wilentz.com
90 Woodbridge Center Drive, Suite 900
Woodbridge, NJ
Telephone: (732) 636-8000
Facsimile: (732) 726-6686

**Interim Lead Counsel for Plaintiffs and the Proposed Class**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES VON KOENIG and GUY CADWELL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SNAPPLE BEVERAGE CORPORATION,<br><br>Defendant. | Case No. 09-CV-00606 FCD EFB<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS CORRECTED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Judge: Hon. Frank C. Damrell, Jr.<br>Date: May 7, 2010<br>Time: 10:00 am<br>Courtroom: 1 |

Plaintiffs, Frances Von Koenig and Guy Caldwell, by the undersigned Interim Lead Counsel and pursuant to FED. R. EVID. 201(b), hereby file their Request for Judicial Notice in Support of Plaintiffs' Opposition to the Motion to Dismiss Corrected Consolidated Class Action Complaint filed by Defendant, Snapple Beverage Corporation (hereinafter "Snapple").

Pursuant to Rule 201(b), Plaintiffs respectfully request that this Court take judicial notice of the attached bottle labels: "Snapple ALL NATURAL Peach Iced Tea"; Snapple ALL NATURAL Raspberry Iced Tea"; and "Snapple ALL NATURAL Acai Blackberry Iced Tea."

In accordance with Rule 201(b), it is appropriate for this Court to take judicial notice of the above-referenced bottle labels. *See, e.g., Wright v. General Mills, Inc.*, 2009 WL 3247148, *5, 2009 U.S. Dist. LEXIS 90576, *13 (N.D. Cal. Sept. 30, 2009) (court took judicial notice of "various labels and packaging items associated with the Nature Valley products" because "they serve as the basis for plaintiff's allegations").

DATED: April 22, 2010

        BAKER LAW P.C.
        G. RICHARD BAKER
        2229 First Avenue North
        Birmingham, AL 35203
        Telephone: (205) 714-7166
        Facsimile: (205) 252-3536

        JACKSON & TUCKER PC
        JOSH TUCKER (*admitted pro hac vice*)
        K. STEPHEN JACKSON (*admitted pro hac vice*)
        2229 First Avenue North
        Birmingham, AL 35203
        Telephone: (205) 252-3535
        Facsimile: (205) 252-3536

WILENTZ, GOLDMAN & SPITZER, P.A.
KEVIN P. RODDY
DANIEL R. LAPINSKI (admitted *pro hac vice*)

By: 
    KEVIN P. RODDY

90 Woodbridge Center Drive, Suite 900
Woodbridge, NJ 07095
Telephone: (732) 636-8000
Facsimile: (732) 726-6686

**Interim Lead Counsel for Plaintiffs and the Proposed Class**





