UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

FRANCIS VON KOENIG, GUY CADWELL, individually and on behalf of all others similarly situated,

        Plaintiffs,

   v.

SNAPPLE BEVERAGE CORPORATION,

        Defendant.
_____/

2:09-cv-00606 FCD EFB

ORDER

----oo0oo----

On August 2, 2010, the court issued a minute order directing the parties to submit simultaneous briefing regarding why this case should not be stayed in light of the courts' rulings in Coyle v. Hornell Brewing Co., No. 1:08-cv-2797 (D.N.J.) and Ries v. Hornell Brewing Co., 10-cv-1139 (N.D. Cal.). On September 2, 2010, the parties submitted a Joint Statement of Parties as to Issuance of a Stay, providing that neither party objects to a stay of this matter consistent with those ordered in the

referenced cases.  As such, and consistent with the Northern District of California's reasoning in Ries, the court STAYS the action for six months and directs counsel to submit a proposal referring to the FDA the question of whether high fructose corn syrup is a "natural" ingredient.

The parties shall submit a joint status report by 5:00 p.m. on March 1, 2011.  Though the court may extend the stay upon a showing of good cause, the parties should be prepared to proceed with respect to plaintiffs' claims if the FDA does not indicate clearly its willingness to act in the reasonably foreseeable future.

IT IS SO ORDERED.

DATED: September 7, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE