G. RICHARD BAKER *(State Bar No. 224003)*
richard@bakerlawpc.com
BAKER LAW, P.C.
2229 First Avenue North
Birmingham, Alabama 35203
Telephone: 205.241.9608
Facsimile: 205.449.0050

K. STEPHEN JACKSON *(admitted pro hac vice)*
steve@jacksonandtucker.com
JOSEPH L. TUCKER *(admitted pro hac vice)*
josh@jacksonandtucker.com
JACKSON & TUCKER, P.C.
2229 First Avenue North
Birmingham, Alabama 35203
Telephone: 205.252.3535
Facsimile: 205.252.3536

KEVIN P. RODDY *(State Bar No. 128283)*
kroddy@wilentz.com
DANIEL R. LAPINSKI *(admitted pro hac vice)*
dlapinski@wilentz.com
WILENTZ, GOLDMAN & SPITZER, PA
90 Woodbridge Center Drive
Woodbridge, New Jersey
Telephone: 732.855.6066
Facsimile: 732.726.4735
*Interim Lead Counsel for Plaintiffs and the Proposed Class*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| FRANCES VON KOENIG, GUY CADWELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SNAPPLE BEVERAGE CORPORATION, *et al.*,<br><br>Defendant. | CIVIL ACTION CASE NO:<br><br>09-CV-00606-FCD-EFB<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS CORRECTED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Judge:       Hon. Frank C. Damrell, Jr.<br>Date:         January 14, 2011<br>Time:         10:00 a.m.<br>Courtroom: 2 |

BAKER LAW PC
2229 First Avenue North
Birmingham, Alabama 35203

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO MOTION TO DISMISS CORRECTED
CONSOLIDATED CLASS ACTION COMPLAINT
CV-00606-FCD EFB

1

1  Plaintiffs, Frances Von Koenig and Guy Cadwell, by the undersigned Interim Lead Counsel
2  and Pursuant to FED. R. EVID. 201(b), hereby file their Request for Judicial Notice in Support of
3  Plaintiffs' Opposition to the Motion to Dismiss First Amended Consolidated Class Action Complaint
4  filed by Defendant, Snapple Beverage Corporation (hereinafter "Snapple").

5  Pursuant to Rule 201(b), Plaintiffs' respectfully request that this Court take judicial notice
6  of the following Snapple bottle labels (attached hereto as Exhibit "1"):[1]

| | | |
|---|---|---|
| 7 | SN0001440 | Gravity Carrot Infusion |
| 8 | SN0001441 | Volcano Indigo Grape Juice Drink |
| 9 | SN0001442 | Infusion Mango Tangerine |
| 10 | SN0001443 | Velocity Grapefuit Cranberry |
| 11 | SN0001444 | Voltage Citron Juice Drink |
| 12 | SN0001445 | Fire Energy Dragonfruit Fruit Drink |
| 13 | SN0001446 | Rain Agave Cactus fruit Drink |
| 14 | SN0001447 | Earth Grape Cranberry Fruit Drink |
| 15 | SN0001448 | Moon Enlightenment Green Tea |
| 16 | SN0001449 | Lightening Ginseng Black Tea |
| 17 | SN0001450 | Peach Sun Tea |
| 18 | SN0001451 | Sun Lemon Lemonade |
| 19 | SN0001452 | Raspberry Lemonade |
| 20 | SN0001453 | Island Punch Juice Drink |
| 21 | SN0001455 | Cranberry Grapefuit Juice Drink |
| 22 | SN0001456 | 1999-2000 Final Fruit Fireworks |
| 23 | SN0001457 | Hydro Fruit Punch Thirst Quencher |
| 24 | SN0001458 | Orangeade Orange Juice |

---

[1] The court has previously taken judicial notice of Snapple's Peach Iced Tea, Raspberry Iced Tea and Acai Blackberry Juice Drink labels. *See* May 10, 2010 Memorandum and Opinion (Document 83) at 8.

BAKER LAW PC
2229 First Avenue North
Birmingham, Alabama 35203

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO MOTION TO DISMISS CORRECTED
CONSOLIDATED CLASS ACTION COMPLAINT
CV-00606-FCD EFB

2

| | | |
|---|---|---|
| 1 | SN0001459 | Orangeade |
| 2 | SN0001462 | Orangeade Fruit Drink |
| 3 | SN0001464 | Orangeade Juice Drink |
| 4 | SN0001465 | Raspberry Real Brewed Iced Tea |
| 5 | SN0001469 | Mango Madness Cocktail |
| 6 | SN0001470 | Mango Madness Fruit Drink |
| 7 | SN0001473 | Grapeade Grape Juice |
| 8 | SN0001474 | Grapeade Fruit Drink |
| 9 | SN0001477 | Grapeade |
| 10 | SN0001482 | Lemon Flavored Iced Tea |
| 11 | SN0001484 | Lemon Iced Tea |
| 12 | SN0001491 | Lemonade Lemon Juice |
| 13 | SN0001493 | Lemonade |
| 14 | SN0001496 | Classic Lemonade |
| 15 | SN0001498 | Super Sour Lemonade |
| 16 | SN0001499 | Cranberry Flavored Iced Tea |
| 17 | SN0001500 | Kiwi Strawberry Cocktail |
| 18 | SN0001504 | Kiwi Strawberry Fruit Drink |
| 19 | SN0001507 | Kiwi Strawberry Juice Drink |
| 20 | SN0001508 | Sweet Tea |
| 21 | SN0001510 | Fruit Punch Fruit Juice |
| 22 | SN0001512 | Fruit Punch |
| 23 | SN0001515 | Fruit Punch Fruit Drink |
| 24 | SN0001519 | Pink Lemonade |
| 25 | SN0001528 | Raspberry Flavored Iced Tea |
| 26 | SN0001536 | Raspberry Peach Fruit Drink |
| 27 | SN0001537 | Raspberry Peach Juice Drink |
| 28 | | |

BAKER LAW PC
2229 First Avenue North
Birmingham, Alabama 35203

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO MOTION TO DISMISS CORRECTED
CONSOLIDATED CLASS ACTION COMPLAINT
CV-00606-FCD EFB

3

| | | |
|---|---|---|
| 1 | SN0001538 | Summer Peach Fruit Drink |
| 2 | SN0001542 | Snapricot Orange Juice Drink |
| 3 | SN0001543 | Peach Flavored Iced Tea |
| 4 | SN0001554 | Lemonade Iced Tea |
| 5 | SN0001555 | ½ Lemonade ½ Iced Tea |
| 6 | SN0001558 | Very Cherry Iced Tea |
| 7 | SN0001559 | Caffeine Free Iced Tea |
| 8 | SN0001565 | Cranberry Raspberry Fruit Drink |
| 9 | SN0001570 | Mint Iced Tea |
| 10 | SN0001572 | Snapple Apple Juice Drink |
| 11 | SN0001575 | Sky Stamina Passion Fruit Fruit Drink |
| 12 | SN0001576 | Meteor Tangelo Fruit Drink |

In ruling on a motion to dismiss, the court may consider matters which may be judicially noticed pursuant to Federal Rule of Evidence 201. *See Mir v. Little Co. of Mary Hospital*, 844 F.2d 646, 649 (9th Cir. 1988); *Isuzu Motors Ltd. v. Consumers Union of United States, Inc.*, 12 F. Supp. 2d 1035, 1042 (C.D. Cal. 1998). Courts may take judicial notice of any fact that is "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). "Even if the document is not attached to a complaint, it may be incorporated by reference into a complaint if the plaintiff refers extensively to the document or the document forms the basis of the plaintiff's claims." *United States v. Ritchie*, 343 F.3d 903, 908 (9th Cir. 2003). "Because these labels form the basis of the relevant causes of action, the court considers them for the purpose of defendant's motion to dismiss." Memorandum and Order at 8; *see also, Wright v. General Mills, Inc.*, 2009 U.S. Dist. LEXIS 90576, *13 (N.D. Cal. Sept. 30, 2009) (court took judicial notice of "various labels and packaging items associated with the Nature Valley products" because "they serve as the basis for plaintiff's allegations").

BAKER LAW PC
2229 First Avenue North
Birmingham, Alabama 35203

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO MOTION TO DISMISS CORRECTED
CONSOLIDATED CLASS ACTION COMPLAINT
CV-00606-FCD EFB

4

| | | |
|---|---|---|
|1| | |
|2|Dated:      December 1, 2010|By: /s G. Richard Baker |
|3| |G. RICHARD BAKER(SBN 224003)<br>*Interim Lead Attorney for Plaintiffs, Individually and On Behalf of All Others Similarly Situated*|

**BAKER LAW, PC**
G. Richard Baker (SBN 224003)
2229 First Avenue North
Birmingham, Alabama 35203
205.241.9608
205.449.0050 (facsimile)
richard@bakerlawpc.com

**JACKSON & TUCKER, PC**
K. Stephen Jackson (admitted *pro hac vice*)
Joseph L. Tucker (admitted *pro hac vice*)
2229 First Avenue North
Birmingham, Alabama 35203
Telephone: 205.252.3535
Facsimile: 205.252.3536
josh@jacksonandtucker.com
steve@jacksonandtucker.com

**WILENTZ, GOLDMAN & SPITZER, PA**
Kevin P. Roddy (SBN 128283)
Daniel R. Lapinski (admitted *pro hac vice*)
90 Woodbridge Center Drive
Woodbridge, New Jersey
Telephone: 732.855.6066
Facsimile: 732.726.4735
kroddy@wilentz.com
dlapinski@wilentz.com

*Interim Lead Counsel for Plaintiff and Proposed Class*

**DEL MAR LAW GROUP, LLP**
John H. Donoboli (SBN 205218)
J.L. Sean Slattery (SBN 210965)
Del Mar, CA 92014
Telephone: 858.793.6244
Facsimile: 858.793.6005
jdonboli@delmarlawgroup.com
sslattery@delmarlawgroup.com

*Counsel for Plaintiff Guy Cadwell*

BAKER LAW PC
2229 First Avenue North
Birmingham, Alabama 35203

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO MOTION TO DISMISS CORRECTED
CONSOLIDATED CLASS ACTION COMPLAINT
CV-00606-FCD EFB

5