Snapple®
beta carotene & echinacea
gravity
All Natural
Strength
CARROT INFUSION Juice Drink
20 FL OZ
(591mL)
Juice from concentrate infused with
herbal extracts and natural flavors
Nutrition Facts
Serving Size 8 fl oz (240mL)
Servings Per Container 2.5
Amount Per Serving
Calories 120
% Daily Value*
Total Fat 0g 0%
Sodium 10mg 0%
Total Carbohydrate 29g 10%
Sugars 28g
Protein 0g
Vitamin A 40% • Vitamin C 50%
Not a significant source of other nutrients.
Percent Daily Values are based on a 2,000 calorie diet.
INGREDIENTS: WATER, HIGH FRUCTOSE CORN SYRUP, CARROT JUICE FROM CONCENTRATE, CITRIC ACID, NATURAL FLAVORS, ASCORBIC ACID (VITAMIN C), NATURAL ORANGE EXTRACT, EXTRACT OF ECHINACEA, GUM ACACIA.
10% JUICE
CARROT INFUSION
Juice Drink
Snapple®
gravity
All Natural
No Preservatives
A blend of Echinacea, Beta Carotene and Vitamin C in Gravity helps maintain endurance and support the immune system.
Infused with: Echinacea Extract 250mg
Per 20oz bottle (591mL) Beta Carotene 5000IU
Vitamin C 75mg
1.Chill 2.Shake 3.Drink 4.Recycle Repeat steps 1-3 if necessary.
Snapple Beverage Corp. 709 Westchester Ave. White Plains, NY 10604
1-800-762-7753
www.snapple.com
ME 5¢ DEPOSIT·LTP
Distributed under authority of
Snapple Beverage Corp.
White Plains, NY 10604
Made in USA
65-20526-01(SP)
Ⓚ PAREVE
0 76183 20526 6

SN0001440

elements®
VOLCANO™
INDIGO GRAPE JUICE DRINK
ENERGY
A blend of juices from concentrate infused with herbal extracts and natural flavors
20 FL OZ (591mL)
CONTAINS 10% JUICE
Nutrition Facts
Serving Size 8 fl oz (240mL)
Servings Per Container 2.5
Amount Per Serving
Calories 130
% Daily Value*
Total Fat 0g 0%
Sodium 10mg 0%
Total Carbohydrate 34g 11%
Sugars 30g
Protein 0g
*Percent Daily Values are based on a 2,000 calorie diet.
INGREDIENTS: WATER, HIGH FRUCTOSE CORN SYRUP, CONCORD GRAPE JUICE, ARONIA JUICE AND CRANBERRY JUICE FROM CONCENTRATES, CITRIC ACID, NATURAL CONCORD GRAPE AND CRANBERRY FLAVORS WITH OTHER NATURAL FLAVORS, GRAPESKIN EXTRACT (FOR COLOR), EXTRACTS OF GINSENG AND GUARANA, CAFFEINE, GUM ACACIA.
Distributed under authority of Snapple Beverage Corp. White Plains, NY 10604
Made in USA
US Pat. 430,803
ME 5¢ DEPOSIT
CA CASH REFUND
0 76183 20520 4
elements®
VOLCANO™
INDIGO GRAPE JUICE DRINK
All Natural • No Preservatives
1.Chill 2.Shake 3.Drink 4.Recycle Repeat steps 1-3 if necessary.
Snapple Beverage Corp. 709 Westchester Ave. White Plains, NY 10604
1-800-762-7753 www.elementsbev.com
65-20520-26(SP)

SN0001441

Snapple®
a natural source of ENERGY+
elements®
infusion
E+
with ginseng, guarana & ginkgo biloba
MANGO TANGERINE
Juice Infused Tea
20 FL OZ (591mL)
Tea & juices from concentrate with natural flavors
64-20522-25
10% JUICE
Nutrition Facts
Serving Size 8 fl oz (240mL)
Servings Per Container 2.5
Amount Per Serving
Calories 110
% Daily Value*
Total Fat 0g 0%
Sodium 10mg 0%
Total Carbohydrate 27g 9%
Sugars 25g
Protein 0g
*Percent Daily Values are based on a 2,000 calorie diet.
INGREDIENTS: WATER, HIGH FRUCTOSE CORN SYRUP, PEAR JUICE AND MANGO JUICE FROM CONCENTRATES, NATURAL MANGO AND TANGERINE FLAVORS WITH OTHER NATURAL FLAVORS, CITRIC ACID, TEA, EXTRACTS OF GINSENG, GUARANA, AND GINKGO BILOBA, FRUIT AND VEGETABLE JUICE (FOR COLOR), CAFFEINE.
Distributed under authority of Snapple Beverage Corp. White Plains, NY 10604
Made in USA
US Pat. 430,803
ME 5¢ DEPOSIT
CA CASH REFUND
A Natural Source of ENERGY+
infusion
E+ TM
MANGO TANGERINE Juice Infused Tea
All Natural • No Preservatives
Infused with: Ginseng Extract 200mg
Per 20oz bottle (591mL) Guarana Extract 100mg
Ginkgo Biloba Extract 50mg
1.Chill 2.Shake 3.Drink 4.Recycle Repeat steps 1-3 if necessary.
Snapple Beverage Corp. 709 Westchester Ave. White Plains, NY 10604
1-800-762-7753 www.snappleelements.com
65-20522-25(SP)
0 76183 20522 8

SN0001442

Snapple®

a natural source of ENERGY+

elements®

velocity™

E+ with ginseng, guarana & ginkgo biloba

GRAPEFRUIT CRANBERRY

Juice Drink

20 FL OZ (591mL)

A blend of juices from concentrate infused with herbal extracts and natural flavors

10% JUICE

**Nutrition Facts**

Serving Size 8 fl oz (240mL)
Servings Per Container 2.5

| Amount Per Serving | |
|---|---|
| Calories 120 | |
| | % Daily Value* |
| **Total Fat** 0g | 0% |
| **Sodium** 10mg | 0% |
| **Total Carbohydrate** 29g | 10% |
| Sugars 27g | |
| **Protein** 0g | |

*Percent Daily Values are based on a 2,000 calorie diet.

INGREDIENTS: WATER, HIGH FRUCTOSE CORN SYRUP, PEAR JUICE FROM CONCENTRATE, CITRIC ACID, NATURAL GRAPEFRUIT AND CRANBERRY FLAVORS WITH OTHER NATURAL FLAVORS, CRANBERRY JUICE FROM CONCENTRATE, EXTRACTS OF GINSENG, GUARANA, AND GINKGO BILOBA, VEGETABLE JUICE CONCENTRATE (FOR COLOR), CAFFEINE, GUM ACACIA.

Distributed under authority of Snapple Beverage Corp. White Plains, NY 10604

Made in USA
Ⓚ PAREVE

US Pat. 430,803

ME 5¢ DEPOSIT

CA CASH REFUND

A Natural Source of ENERGY+

velocity™ E+™

GRAPEFRUIT CRANBERRY

Juice Drink

All Natural • No Preservatives

Infused with: Ginseng Extract 200mg
Per 20oz bottle (591mL) Guarana Extract 100mg
Ginkgo Biloba Extract 50mg

1.Chill 2.Shake 3.Drink 4.Recycle Repeat steps 1-3 if necessary.

Snapple Beverage Corp. 709 Westchester Ave. White Plains, NY 10604
1-800-762-7753 www.snappleelements.com 65-20529-25(SP)

0 76183 20529 7

SN0001443

Snapple®
ENERGY+
a natural source of
elements®
voltage™
E+
with ginseng, guarana & ginkgo biloba
CiTRON Juice Drink
Juice from concentrate infused with herbal extracts and natural flavors
10% JUICE
Nutrition Facts
Serving Size 8 fl oz (240mL)
Servings Per Container 2.5
Amount Per Serving
Calories 120
% Daily Value*
Total Fat 0g 0%
Sodium 10mg 0%
Total Carbohydrate 29g 10%
Sugars 27g
Protein 0g
*Percent Daily Values are based on a 2,000 calorie diet.
INGREDIENTS: WATER, HIGH FRUCTOSE CORN SYRUP, PEAR JUICE FROM CONCENTRATE, CITRIC ACID, NATURAL LEMON, LIME, AND ORANGE FLAVORS WITH OTHER NATURAL FLAVORS, ASCORBIC ACID, EXTRACTS OF GINSENG, GUARANA, AND GINKGO BILOBA, BETA CAROTENE (FOR COLOR), CAFFEINE, GUM ACACIA.
A Natural Source of ENERGY+
voltage™
E+™
CiTRON Juice Drink
All Natural • No Preservatives
Infused with: Ginseng Extract 200mg
Per 20oz bottle (591mL) Guarana Extract 100mg
Ginkgo Biloba Extract 50mg
1.Chill 2.Shake 3.Drink 4.Recycle Repeat steps 1-3 if necessary.
Snapple Beverage Corp. 709 Westchester Ave. White Plains, NY 10604
1-800-762-7753 www.snappleelements.com 65-20528-25(SP)
US Pat. 430,803
Distributed under authority of Snapple Beverage Corp. White Plains, NY 10604
Made in USA
Ⓚ PAREVE
ME 5¢ DEPOSIT
CA CASH REFUND
0 76183 20528 0

SN0001444

Snapple®
ginseng, guarana & ginkgo biloba
fire
All Natural
Energy
DRAGONFRUIT Fruit Drink
A blend of juices from concentrate infused with herbal extracts and natural flavors
20 FL OZ (591mL)
10% JUICE
Nutrition Facts
Serving Size 8 fl oz (240mL)
Servings Per Container 2.5
Amount Per Serving
Calories 120
% Daily Value*
Total Fat 0g 0%
Sodium 10mg 0%
Total Carbohydrate 29g 10%
Sugars 28g
Protein 0g
*Percent Daily Values are based on a 2,000 calorie diet.
INGREDIENTS: WATER, HIGH FRUCTOSE CORN SYRUP, PEAR JUICE FROM CONCENTRATE, CITRIC ACID, NATURAL DRAGONFRUIT, RASPBERRY, STRAWBERRY, AND LIME FLAVORS WITH OTHER NATURAL FLAVORS, GRAPE JUICE CONCENTRATE (FOR COLOR), FRUIT JUICE (FOR COLOR), EXTRACTS OF GINSENG, GUARANA, AND GINKGO BILOBA, DRAGONFRUIT PUREE.
ME 5¢ DEPOSIT·LTP
Distributed under authority of Snapple Beverage Corp., White Plains, NY 10604
Made in USA
65-20521-01(SP)
DRAGONFRUIT
Fruit Drink
Snapple
fire
All Natural
No Preservatives
Ginseng, Ginkgo Biloba, and Guarana are all natural herbs that provide the human body with a natural energy boost.
Infused with: Ginseng Extract 250mg
Guarana Extract 125mg
Ginkgo Biloba Extract 65mg
Per 20oz bottle (591mL)
1.Chill 2.Shake 3.Drink 4.Recycle Repeat steps 1-3 if necessary.
Snapple Beverage Corp. 709 Westchester Ave. White Plains, NY 10604
1-800-762-7753
0 76183 20521 1

SN0001445

Snapple
ginseng, astragalus & agave
rain
All Natural
Refresh
AGAVE CACTUS Fruit Drink
20 FL OZ (591mL)
A blend of juices from concentrate infused with herbal extracts and natural flavors
10% JUICE
Nutrition Facts
Serving Size 8 fl oz (240mL)
Servings Per Container 2.5
Amount Per Serving
Calories 120
% Daily Value*
Total Fat 0g 0%
Sodium 10mg 0%
Total Carbohydrate 29g 10%
Sugars 27g
Protein 0g
*Percent Daily Values are based on a 2,000 calorie diet
INGREDIENTS: WATER, HIGH FRUCTOSE CORN SYRUP, WHITE GRAPE JUICE FROM CONCENTRATE, CITRIC ACID, NATURAL PRICKLY PEAR CACTUS FLAVOR WITH OTHER NATURAL FLAVORS, AGAVE NECTAR, EXTRACTS OF GINSENG AND ASTRAGALUS, PRICKLY PEAR CACTUS PUREE.
AGAVE CACTUS
Fruit Drink
Snapple
rain
All Natural
No Preservatives
All natural Rain blended with Ginseng, Agave, and Astragalus provides your body with refreshment, energy and rejuvenation.
Infused with: Agave Nectar 500mg
Per 20oz bottle (591mL) Ginseng Extract 250mg
Astragalus Extract 125mg
1.Chill 2.Shake 3.Drink 4.Recycle Repeat steps 1-3 if necessary.
Snapple Beverage Corp. 709 Westchester Ave. White Plains, NY 10604
1-800-762-7753
ME 5¢ DEPOSIT·LTP
Distributed under authority of Snapple Beverage Corp., White Plains, NY 10604
Made in USA
65-20524-01(SP)
0 76183 20524 2
SN0001446