1  G. RICHARD BAKER (*State Bar No.* 224003)
   richard@bakerlawpc.com
2  BAKER LAW, P.C.
   2229 First Avenue North
3  Birmingham, Alabama  35203
   Telephone:    205.241.9608
4  Facsimile:    205.449.0050

5  K. STEPHEN JACKSON (*admitted pro hac vice*)
   steve@jacksonandtucker.com
6  JOSEPH L. TUCKER (*admitted pro hac vice*)
   josh@jacksonandtucker.com
7  JACKSON & TUCKER, P.C.
8  2229 First Avenue North
   Birmingham, Alabama  35203
9  Telephone:    205.252.3535
   Facsimile:    205.252.3536
10
11 KEVIN P. RODDY (*State Bar No.* 128283)
   kroddy@wilentz.com
12 PHILIP TORTORETI (*admitted pro hac vice*)
   ptortoreti@wilentz.com
13 DANIEL R. LIPINSKI (*admitted pro hac vice*)
14 dlapinski@wilentz.com
   WILENTZ, GOLDMAN & SPITZER, P.A.
15 90 Woodbridge Center Drive
   Woodbridge, New Jersey  07095
16 Telephone:    732.855.6066
   Facsimile:    732.726.4735
17
18 Lead Counsel for Plaintiffs and the
   putative plaintiff class.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES VON KOENIG and GUY CADWELL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SNAPPLE BEVERAGE CORPORATION,<br><br>Defendant. | Case No. 09-CV-00606-KJM-EFB<br><br>CLASS ACTION<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFF GUY CADWELL'S CLAIMS PURSUANT TO STIPULATION** |

1  Pursuant to the stipulation between the parties filed May 3, 2011, Plaintiff Guy Cadwell's
2  claims in the above-referenced matter are hereby dismissed with prejudice.
3  IT IS SO ORDERED.
4  Dated: May 6, 2011.

_____
UNITED STATES DISTRICT JUDGE

-1-

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF
PLAINTIFF GUY CADWELL'S CLAIMS PURSUANT TO
STIPULATION
09-CV-00606 FCD EFB