G. RICHARD BAKER (*State Bar No.* 224003)
richard@bakerlawpc.com
BAKER LAW, P.C.
2229 First Avenue North
Birmingham, Alabama  35203
Telephone:    205.241.9608
Facsimile:    205.449.0050

K. STEPHEN JACKSON (*admitted pro hac vice*)
steve@jacksonandtucker.com
JOSEPH L. TUCKER (*admitted pro hac vice*)
josh@jacksonandtucker.com
JACKSON & TUCKER, P.C.
2229 First Avenue North
Birmingham, Alabama  35203
Telephone:    205.252.3535
Facsimile:    205.252.3536

KEVIN P. RODDY (*State Bar No.* 128283)
kroddy@wilentz.com
PHILIP TORTORETI (*admitted pro hac vice*)
ptortoreti@wilentz.com
DANIEL R. LIPINSKI (*admitted pro hac vice*)
dlapinski@wilentz.com
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive
Woodbridge, New Jersey  07095
Telephone:    732.855.6066
Facsimile:    732.726.4735

Lead Counsel for Plaintiffs and the
putative plaintiff class.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES VON KOENIG and GUY CADWELL, individually and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br><br>     v.<br><br>SNAPPLE BEVERAGE CORPORATION,<br><br>             Defendant. | Case No. 09-CV-00606-KJM-EFB<br><br>CLASS ACTION<br><br>**ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION** |

1   Pursuant to the stipulation between the parties filed May 16, 2011, all claims in the above-
2   referenced matter are hereby dismissed with prejudice. The parties are to bear their own costs,
3   fees, and expenses.
4   IT IS SO ORDERED.
5   Dated: May 20, 2011.

_____
UNITED STATES DISTRICT JUDGE